RECEIVED
IN LAKE CHARLES, LA.
JUL 16 2015
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| MACKIE STEVEN MAY, | CIVIL ACTION NO. 2:14-cv-499 |
| Petitioner, | |
| v. | JUDGE MINALDI |
| C. MAIORANA, | |
| Respondent. | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 4] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's petition [Doc. 1] be and hereby is **DISMISSED, WITH PREJUDICE.**

Lake Charles, Louisiana, this ___ day of _____July_____, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE